IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| JONATHAN GAUTIER, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. 7:14-cv-00621 | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| CELANESE | ) | | |
| a/k/a Celanese Acetate, LLC, | ) | By: | Michael F. Urbanski |
| a/k/a Celanese Corporation, | ) | | United States District Judge |
| | ) | | |
| and | ) | | |
| | ) | | |
| JOSEPH J. FOX | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court will **DENY** the defendants' motion for summary judgment, ECF No. 18. The court will also **DENY as moot** the plaintiff's motion to deny in part the motion for summary judgment, ECF No. 20.

It is **SO ORDERED**.

Entered: October 28, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge